## MATTINGLY v. COMMONWEALTH.

(Decided April 23, 1929.)

John L. Dixon for movant.

J. W. Cammack, Atty. Gen., and Geo. H. Mitchell, Asst. Atty. Gen., for the Commonwealth.

PER CURIAM. Judgment of conviction for violation of the prohibition law, imposing a fine of $100 and 60 days in jail.

Appeal denied; judgment affirmed.

## TAYLOR, etc., v. WALLINS COAL CORPORATION.

(Decided April 26, 1929.)

N. J. Weller for movant.

N. R. Patterson opposed.

PER CURIAM. Judgment for $250 in an action for damages to property.

Appeal denied; judgment affirmed.